IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| MARTIN J. WALSH, Secretary of Labor, United States Department of Labor, | ) ) ) ) | Civil Action |
| Plaintiff, | ) ) | No. 1:21-CV-132 |
| v. | ) ) ) | |
| LOCAL 2209, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA | ) ) ) ) | |
| Defendant. | ) ) | |

**NOTICE OF CERTIFICATION OF ELECTION**

Pursuant to the Court's order on June 3, 2021 (DKT 6), Plaintiff Martin J. Walsh, Secretary of Labor, United States Department of Labor, files the attached Certification of Election, attached at Exhibit 1 to this Notice.  For the Court's information, a detailed declaration describing the manner in which the election was conducted is attached to this notice as Exhibit 2.

Respectfully submitted,

CLIFFORD D. JOHNSON
United States Attorney

By:

*/s/ Kathleen Trzyna*
KATHLEEN TRZYNA
Assistant United States Attorney
Northern District of Indiana
5400 Federal Plaza, Suite 1500

Hammond, Indiana  46320
Telephone:  219-937-5515
Email Address:  Kathleen.Trzyna@usdoj.gov

*/s/ Wayne T. Ault*
WAYNE T. AULT
Assistant United States Attorney
Northern District of Indiana
5400 Federal Plaza, Suite 1500
Hammond, Indiana  46320
Telephone:  219-937-5500
Telecopy:  219-852-2770
Email Address:  Wayne.Ault@usdoj.gov