**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| Martin J. Walsh, Secretary of Labor, | ) | CASE NO.: 1:21-CV-132-HAB |
| United States Department of Labor, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LOCAL 2209, UNITED AUTOMOBILE, | ) | |
| AEROSPACE AND AGRICULTURAL | ) | |
| IMPLEMENT WORKERS OF AMERICA, | ) | |

Defendant.

## CERTIFICATION OF ELECTION

The election having been conducted in the above manner under the supervision

of the Secretary of Labor, United States Department of Labor, pursuant to a Stipulation

of Settlement and Order dated June 3, 2021, in the United States District Court for the

Northern District of Indiana, Fort Wayne Division, in accordance with the provisions of

Title IV of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. §§

481-483), and, insofar as lawful and practicable, in conformity with the Constitution and

Bylaws of the defendant labor organization, and no complaints having been received

concerning the conduct thereof, therefore:

Pursuant to Section 402(c) of the Labor-Management Reporting and Disclosure

Act of 1959 (29 U.S.C. § 482(c)), and the authority delegated to me,

IT IS HEREBY CERTIFIED that the following named candidate is duly elected to the office designated:

Rich LeTourneau     Unit 1 (General Motors) Shop Chairperson

Signed on this 8th day of September, 2021.

_____
Tracy L. Shanker
Chief, Division of Enforcement
Office of Labor-Management Standards
United States Department of Labor