IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

MARTIN J. WALSH, Secretary of Labor,
United States Department of Labor,                    Civil Action

Plaintiff,                    No. 1:21-cv-00132

v.

LOCAL 2209, UNITED AUTOMOBILE,
AEROSPACE AND AGRICULTURAL
IMPLEMENT WORKERS OF AMERICA

Defendant.

_____

**DECLARATION OF TRACY L. SHANKER**

I, Tracy L. Shanker, am the Chief of the Division of Enforcement, Office of Labor-Management Standards ("OLMS"), United States Department of Labor ("Department"). The Department supervised an election of officers of the United Automobile, Aerospace and Agricultural Implement Workers of America, Local 2209 ("UAW Local 2209"), which was held from July 15 through July 16, 2021, pursuant to a Stipulation of Settlement and Order entered June 3, 2021, by the Court ("the supervised election"). The supervised election included a new election for the position of Unit I Chairperson.

**A. Election Process**

In accordance with paragraph 7 of the Stipulation of Settlement and Order, the eligibility of nominees from the challenged July 2020 election was reassessed. Because two nominees, Rich LeTourneau and Michael Turner, were deemed eligible and willing to run for the Unit I Chairperson position, no new nominations were necessary. Eric Retcher, a third nominee from

1

the July 2020 election, informed OLMS that he would not be running for Unit I Chairperson in the supervised election.

On June 11, 2021, UAW Local 2209 conducted a pre-election conference at the Union Hall. The election procedures and timetable for the supervised election were established at the conference. On June 30, 2021, the election rules established at the pre-election conference were mailed to all interested parties. The rules were revised with regard to in-person campaigning at the General Motors Fort Wayne Assembly Plant and were re-mailed to all interested parties on July 12, 2021.

Between June 22 and 28, 2021, the election notice was mailed to all members at their last known home address. There were 19 additional election notices mailed to new members on July 8, 2021. No election notices were returned undeliverable. No candidate conducted campaign mailings.

The election was conducted at three polling sites: UAW Local 2209 Union Hall, and the GA and T1 cafeterias at the GM Fort Wayne Assembly Plant. Polling was open for 24 hours from 5:00 a.m. on July 15, 2021 till 5:00 a.m. on July 16, 2021. OLMS representatives oversaw all aspects of polling at each site, including confirmation of voter eligibility and insuring voter secrecy.

The ballot tally was conducted at the UAW Local 2209 Union Hall shortly after the polls closed. A total of 1,441 ballots were counted for the positions of Unit I Chairperson. Rich LeTourneau was elected UAW Local 2209 Unit I Chairperson by a margin of 583 votes. The complete results were as follows:

| Unit I Chairperson | Total |
|---|---|
| Rich LeTourneau | 1,012 |
| Michael Turner | 429 |

| Voided | 5 |
|---|---|
| Spoiled | 3 |
| Unresolved Challenged Ballot | 1 |

Election officials prepared an announcement of the election results immediately after the tally and posted it on a bulletin board near the Union Hall entrance and at the GM plant. The winning candidate was installed at the August 8, 2021 membership meeting in accordance with the election rules. No written protests were filed either before or after the tally.

**B. Conclusion**

The Department has concluded that UAW 2209 July 15-16, 2021, election of officers, conducted under the Department's supervision, complied with Title IV of the LMRDA and was conducted, insofar as lawful and practicable, in accordance with UAW Local 2209's constitution and bylaws. Therefore, the results of this supervised election should be certified by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 19th day of October, 2021, in the City of Rockville, Maryland.

Tracy L. Shanker, Chief
Division of Enforcement
Office of Labor-Management Standards
United States Department of Labor

3